UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

AMANDA B.,

    Plaintiff,

  v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

Case No. 1:20-cv-1036

JUDGE DOUGLAS R. COLE
Magistrate Judge Litkovitz

## ORDER

Before the Court is Magistrate Judge Litkovitz's Report and Recommendation (R&R, Doc. 29) advising the Court to grant Plaintiff Amanda B.'s Motion for Attorney Fees (Doc. 26). The Commissioner has not objected to the motion or the R&R, so the Court reviews the R&R for clear error. *See Williams v. Parikh*, ___ F. Supp.3d ___, 2023 WL 8824845, at *3 (S.D. Ohio 2023). After reviewing the factual background, the law, and the billing records, the Court concludes that Magistrate Judge Litkovitz did not clearly err in her R&R. The Court also concludes that no purpose would be served by a separate opinion further explaining why the thoughtful and well-reasoned R&R is correct in its determination.

The Court fully **ADOPTS** the R&R (Doc. 29) for the reasons stated there. Accordingly, the Court (1) **GRANTS** Plaintiff's Motion for Attorney Fees (Doc. 26), (2) **AWARDS** Plaintiff's Counsel, pursuant to 42 U.S.C. § 406(b), $5,055.50, and (3) **ORDERS** Plaintiff's Counsel to remit $4,132.00 directly to Plaintiff Amanda B. upon receipt of this fee award. *See Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002).

**SO ORDERED.**

August 7, 2024
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**